UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

GERTRUDE ROBERTSON,

                                    Plaintiff,      **NOTICE OF APPEARANCE**

            -against-                             17 CV 311 (JGK)(DF)

NEW YORK CITY DEPARTMENT OF EDUCATION;
NIRA SCHWARTZ-NYITRAY, PRINCIPAL, IN HER
OFFICIAL AND INDIVIDUAL CAPACTIY, and CANISIA
PALTON, IN HER OFFICIAL AND INDIVIDUAL
CAPACITY,

                                    Defendants.
---------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that Assistant Corporation Counsel Courtney P. Fain of the Office of the Corporation Counsel of the City of New York, shall now appear in this matter for all defendants.

Dated:        New York, New York
                August 31, 2017

                                                  Respectfully Submitted,

                                                  ZACHARY W. CARTER
                                                  Corporation Counsel of the City of New York
                                                  Attorney for Defendants
                                                   100 Church Street
                                                   New York, New York 10007
                                                   (212) 356-0879
                                                   cfain@law.nyc.gov

                                      By:                /s/
                                                   COURTNEY P. FAIN
                                                   Assistant Corporation Counsel

TO:      All Counsel of Record (via ECF)